PER CURIAM.
Affirmed. See Tallahassee Memorial Regional Medical Center, Inc. v. Meeks, 560 So.2d 778 (Fla.1990); Jackson v. State, 359 So.2d 1190, 1194 (Fla.1978), cert. denied, 439 U.S. 1102, 99 S.Ct. 881, 59 L.Ed.2d 63 (1979); Orme v. Burr, 157 Fla. 378, 25 So.2d 870, 879 (1946); Owens-Corning Fiberglas Corp. v. Terwilliger, — So.2d - (Fla. 3d DCA 1992, Case No. 91-1441, opinion filed April 7, 1992) [17 FLW D909]; Butcher v. Miami Elevator Co., 568 So.2d 61, 63 (Fla. 3d DCA 1990); Metropolitan Dade County v. Coats, 559 So.2d 71, 73 (Fla. 3d DCA), review denied, 569 So.2d 1279 (Fla.1990); Middelveen v. Sibson Realty, Inc., 417 So.2d 275, 276-77 (Fla. 5th DCA), review denied, 424 So.2d 762 (Fla.1982); Lollie v. General Motors Corp., 407 So.2d 613, 617 (Fla. 1st DCA 1981), review denied, 413 So.2d 876 (Fla.1982).